IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Tara Chandler,<br><br>    Plaintiff,<br><br>vs.<br><br>The Mock Holding Company, formerly Medical Business Bureau, Inc.,<br>    Defendant. | Case No.:<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT AND JURY DEMAND**

NOW COMES THE PLAINTIFF, TARA CHANDLER, BY AND THROUGH COUNSEL, BRIAN J. OLSZEWSKI, and for her Complaint against the Defendant, pleads as follows:

**JURISDICTION**

1. Jurisdiction of this court arises under 15 U.S.C. §1681p.

2. This is an action brought by a consumer for violation of the Fair Credit Reporting Act (15 U.S.C. §1681, *et seq.* [hereinafter "FCRA"]).

**VENUE**

3. The transactions and occurrences which give rise to this action occurred in Will County, Illinois.

4. Venue is proper in the Northern District of Illinois.

**PARTIES**

5. Plaintiff is a natural person residing in City of Joliet, Will County, Illinois, and is a "consumer" for purposes of the FCRA.

1

6. The Defendant to this lawsuit is The Mock Holding Company ("Mock Holding") which is an Illinois corporation that conducts business in the State of Illinois. Mock Holding was formerly known as Medical Business Bureau, Inc.

7. Equifax Information Services, LLC ("Equifax") is not a party to this suit as Plaintiff and Equifax have settled separately.

## GENERAL ALLEGATIONS

8. Mock Holding is inaccurately reporting its tradeline ("Errant Tradeline") on Plaintiff's Equifax credit disclosure with an erroneous notation that the account reflected by the tradeline is open when in fact the account was discharged in bankruptcy.

9. The Errant Tradeline should be reported by Mock Holding with an account status as closed since the same was discharged in bankruptcy. The current reporting is false and misleading.

10. On August 15, 2019, Plaintiff obtained her Equifax credit disclosure and noticed the Errant Tradeline reporting inaccurately with an erroneous account status as open.

11. On or about November 27, 2019, Plaintiff submitted a letter to Equifax, disputing the Errant Tradeline.

12. In her dispute letter, Plaintiff explained that the account reflected by the Errant Tradeline was discharged in her Chapter 7 Bankruptcy case. Accordingly, Plaintiff asked Equifax to report the Errant Tradeline with an account status as closed.

13. Equifax forwarded Plaintiff's consumer dispute to Mock Holding.

14. Mock Holding received Plaintiff's consumer dispute from Equifax.

15. Mock Holding did not consult the Credit Reporting Resource Guide as part of its investigation of Plaintiff's dispute.

16. On or about January 14, 2020, having not received Equifax's investigation results, Plaintiff obtained her Equifax credit disclosure, which confirmed that Mock Holding failed or refused to report the Errant Tradeline with an account status as closed.

17. As a direct and proximate cause of the Defendant' negligent and/or willful failure to comply with the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*, Plaintiff has suffered credit and emotional damages. Plaintiff has also experienced undue stress and anxiety due to Defendant's failure to correct the errors in her credit file and her inability to improve her financial situation by obtaining new or more favorable credit terms as a result of the Defendant' violations of the FCRA.

**COUNT I - NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT BY MOCK HOLDING**

18. Plaintiff realleges the above paragraphs One through Seventeen as if recited verbatim.

19. After being informed by Equifax of Plaintiff's consumer dispute of the erroneous reporting of the account status as open on the Errant Tradeline, Mock Holding negligently failed to conduct a proper reinvestigation of Plaintiff's dispute as required by 15 USC 1681s-2(b).

20. Mock Holding negligently failed to review all relevant information available to it and provided by Equifax in conducting its reinvestigation as required by 15 USC 1681s-2(b) and failed to direct Equifax to report the Errant Tradeline with an account status as closed.

21. The Errant Tradeline is inaccurate and creates a misleading impression on Plaintiff's consumer credit file with Equifax, to which it is reporting such tradeline.

22. As a direct and proximate cause of Mock Holding's negligent failure to perform its duties under the FCRA, Plaintiff has suffered damages, mental anguish, suffering, humiliation, and embarrassment.

23. Mock Holding is liable to Plaintiff by reason of its violations of the FCRA in an amount to be determined by the trier of fact together with reasonable attorneys' fees pursuant to 15 USC 1681o.

24. Plaintiff has a private right of action to assert claims against Mock Holding arising under 15 USC 1681s-2(b).

**WHEREFORE, PLAINTIFF PRAYS** that this Honorable Court grant her a judgment against the Defendant Mock Holding for damages, costs, interest, and attorneys' fees.

### COUNT II - WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT BY MOCK HOLDING

25. Plaintiff realleges the above paragraphs One through Seventeen as if recited verbatim.

26. After being informed by Equifax that Plaintiff disputed the accuracy of the information it was providing, Mock Holding willfully failed to conduct a proper reinvestigation of Plaintiff's dispute, and willfully failed to direct Equifax to report the Errant Tradeline with an account status as closed.

27. Mock Holding willfully failed to review all relevant information available to it and provided by Equifax as required by 15 USC 1681s-2(b).

28. As a direct and proximate cause of Mock Holding's willful failure to perform its duties under the FCRA, Plaintiff has suffered damages, mental anguish, suffering, humiliation, and embarrassment.

29. Mock Holding is liable to Plaintiff for either statutory damages or actual damages Plaintiff has sustained by reason of Mock Holding's violations of the FCRA in an amount to be determined by the trier of fact, together with an award of punitive damages in the amount to be

determined by the trier of fact, as well as for reasonable attorneys' fees and costs Plaintiff may recover therefore pursuant to 15 USC 1681n.

**WHEREFORE, PLAINTIFF PRAYS** that this Honorable Court grant her a judgment against the Defendant Mock Holding for the greater of statutory or actual damages, plus punitive damages, along with costs, interest, and attorneys' fees.

## JURY DEMAND

Plaintiff hereby demands a trial by Jury.

/s/ Brian J. Olszewski
Brian J. Olszewski
Law Offices of Michael Lee Tinaglia, Ltd.
444 N. Northwest Hwy., Ste. 350
Park Ridge, IL 60068
Telephone: (847) 692-0421
Fax: (847) 685-8440
bolszewski@tinaglialaw.com


Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Tara Chandler*